Dated: _____   _____
JOHN PAUL REICHMUTH
Attorney for Defendant

<u>INTERPRETER CERTIFICATION</u>

I, Monique Inciarte hereby certify that I am a certified Spanish language interpreter and that I accurately translated this Agreement to the defendant.

Dated: 7-27-20   _____
Interpreter's Signature

PLEA AGREEMENT
20-0129 EMC                    7